FILED
10 AUG 30 AM 8:33
CLERK U.S. DISTRICT
SOUTHERN DISTRICT OF CAL.
BY: \_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>                            Plaintiff,<br>vs.<br><br>HOT TOPIC, INC. dba HOT TOPIC #4 PLAZA BONITA,<br><br>                            Defendant. | CASE NO. 10cv1111 BEN (AJB)<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER RULE 56(f)** |

      On July 2, 2010 Defendant Hot Topic filed a motion for summary judgment. Plaintiff A.J. Oliver opposes the motion under Federal Rule of Civil Procedure 56(f).

      Under Rule 56(f), the Court must deny or continue a motion for summary judgment if an opposing party can show that "for specified reasons, it cannot present facts essential to justify its opposition." *See also Metabolife Int'l, Inc. v. Wornick*, 264 F.3d 832, 846 (9th Cir. 2001) (the Rule "requir[es], rather than merely permit[s], discovery where the nonmoving party has not had the opportunity to discover information that is essential to its opposition."). The opposing party "must identify the specific facts that further discovery would reveal and explain why those facts would preclude summary judgment." *Tatum v. San Francisco*, 441 F.3d 1090, 1100 (9th Cir. 2006).

///

///

No discovery has been conducted in this case.[1] Plaintiff has identified specific information Plaintiff has not had an opportunity to discover that is essential to Plaintiff's opposition to summary judgment. Plaintiff must have some opportunity to pursue necessary discovery. Accordingly, Defendant's motion for summary judgment is **DENIED** without prejudice and with leave to file a motion for summary judgment after Plaintiff has had an opportunity to obtain necessary discovery.

**IT IS SO ORDERED.**

DATED: August 27, 2010

Hon. Roger T. Benitez
United States District Court Judge

---

[1]Defendant filed a motion for summary judgment before filing an Answer.